Curt THOMAS, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 27, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of December, 2007, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.